# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2018

## NO. 03-17-00712-CV

**Southern Concepts, Inc.; Volunteers of America Texas, Inc.; Knob Oak, Inc.; Silver Quail, Inc.; Community Access, Inc.; and Creative Community Care, Inc., Appellants**

**v.**

**Texas Department of Aging and Disability Services, Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on July 21, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and the Department's final orders and remands the administrative cases to the Department for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.